AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No.  **18-3493 JMC**
)
Information Associated with the Box, Inc. )
Accounts listed in Attachment A7 )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
See attachment A7

located in the ___Northern___ District of ___California___, there is now concealed *(identify the person or describe the property to be seized):*
See attachment B7

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a); 2252A (a)(2); and 2252A(a)(5)(B) | Production, Distribution, Receipt, and Possession of Child Pornography |

The application is based on these facts:
See affidavit.

☒ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Rachel S. Corn, SA, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/17/18

_____
*Judge's signature*

City and state: Baltimore, Maryland        J. Mark Coulson, United States Magistrate Judge
*Printed name and title*

